PD-1200-15

Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 28 2015

Abel Acosta, Clerk

NO. 02-13-00538-CR
NO. 02-13-00539-CR

Freddie Rodriguez        Appellant

V

The State of Texas        State

From the 297th District Court of Tarrant County
Trial Court NO. 1292777D, 1339641D

Now comes Appellant Freddie Rodriguez Pro Se
in the above Numbered Cause(s) and style
and does hereby request this honorable Court
for a Petition Discretionary Review.

I am the Appellant Freddie Rodriguez #1892352
and I am currently incarcerated at the Darrington
unit in T.D.C.J - 59 Darrington Rd. Rosharon,
Texas 77583

The Law of Chap 62. to force all sex offenders to register with the local Authorities is partial and an unfair Distribution of Justice. This law is an Anti-Christian law and is an entrapment and set up for failure. You now see that the Secular leaders and authorities of the U.S.A have turned away from God's (YAHWEH) LAWS and will, and are now enforcing and making up their own laws as seems right in their own eyes and to appease the wicked desires of the evil people. God and His Son Jesus Christ and the Holy Spirit will not tolerate such abominations as giving license to homosexuals and gay women to marry each other and committ sexual sins before God, Heaven, and the children. I beg you to consider this Petition and to do what is fair and honest in God's Eyes and not Men's eyes nor the World's. Stop this Double Jeopardy and Hypocritical law Chap. 62 from oppressing the rights of the Christians who have repented of their sins and turned to God in faith and are washed in the Blood of Christ and God does not remember our sins anymore. Confessing my sins to God, He has forgiven me. I am free to worship God and serve Him and live my life and raise and support my family without being wrongfully incarcerated, oppressed, prosecuted, slandered, set up for hate crimes, violated my constitutional rights to worship God, and life liberty and the pursuit of happiness.

God's judgement is coming on America and anyone who refuses to obey His commandments and His will for their lives. This is the time for all people to turn away from evil and to turn in faith to God and the Bible. Perhaps God has appointed you for such a time and season to stand up for Christ and to do fair justice and distribution for the furtherment of God's Kingdom here on earth as it is in Heaven. Please stop this wrongful persecution, prosecution and punishment on these selective group of people who should be given another chance to live peaceful lives and to do what is right without having to tell everyone, "I am a sex offender!" There is no justice, fairness, or equalness in forcing the appellant to be punished, ridiculed, rejected, set up for hate crimes and be tormented with mental anguish for the rest of his natural life, while sexual atrocities and crimes are being committed openly in America for all the world to see and mock God and the U.S.A..

The Bible, God's word tells the world openly, "If any man be in Christ, he is a new creature, old things have passed away, Behold all things are new." II Corinthians 5:17 The Bible also states in Proverbs 16:25, "There is a way that seems right to man, but it's end is the way of death."

The Appellant respectfully requests this Court in Petition for Discretionary Review to be granted in all things and or a hearing to be set for a Discretionary Review.

The Appellant also requests this Court to overturn, exonerate these wrongful convictions and to stop this and all prosecutions in the Causes herein. To stop this unfair persecutions, prosecutions of the Chap. 62 law in Texas. For relief in the above Causes herein or to allow for retrial or to be exempted from Chap 62 or early termination from registering according to Chap. 62 Law

Respectfully Submitted

Freddie Rodriguez

Freddie Rodriguez
# 189 2352
Appellant

## Verification of unsworn Declaration

I Freddie Rodriguez, Appellant Pro se in the Cause(s) herein state the following under the penalty of perjury; I am a prisoner, # 1892352, Currently incarcerated in Darrington Unit, T.D.C.J. in Brazoria County, Texas. I am duly Qualified and authorized in all respects to make this declaration. I have read the foregoing Petition for Discretionary Review and declare that I have personal Knowledge of the facts Contained therein and Said facts are true and Correct.

Executed in Brazoria County, Texas. Pursuant to Art. 132.001 et. Seq., Texas C.P.R.C. and 28 U.S.C. § 1746, on this Day of August 24 2015.

_Freddie Rodriguez_
Signature

Freddie Rodriguez

Appellant Pro Se

#189 2352   D.O.B. 2-11-66

Address: 59 Darrington Rd., Rosharon, TX. 77583


Under both federal law (28 U.S.C. § 1746) and state law (art. 132.001, Texas C.P.R.C.) inmates incarcerated in Texas May use an unsworn declaration under penalty of Perjury in a place of a written declaration sworn before a Notary public.

Freddie Rodriguez
#1892352
Darrington unit
59 Darrington Rd
RoshaRon, TX
77583

LEGAL MAIL

787112308808

Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, Tx.
78711230808